```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Joena Kazee,                        :

    Plaintiff,                  :

   v.                              :       Case No.  2:09-cv-717

Michael J. Astrue,                  :       JUDGE MARBLEY
Commissioner of Social Security,

    Defendant.                  :

<u>ORDER</u>

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 20, 2010. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court ADOPTS the Report and Recommendation.  The plaintiff's statement of errors is sustained to the extent that the case be remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.  The Clerk shall enter judgment to that effect.

                                                          <u>S/Algenon L. Marbley</u>
                                                          Algenon L. Marbley
                                                          United States District Judge