```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Joena Kazee,                       :

    Plaintiff,                 :

  v.                              :          Case No.  2:09-cv-717

Michael J. Astrue,                 :          JUDGE MARBLEY
Commissioner of Social Security,

    Defendant.                 :

<u>ORDER</u>

    This case is before the Court to consider plaintiff's motion for an award of fees under the Equal Access to Justice Act, 28 U.S.C. §2412.  Defendant has filed a response indicating that there is no objection to the payment of such fees, but that they should be paid to the plaintiff and not her attorney.  The Court therefore GRANTS the motion for fees (#26).  Plaintiff is awarded the sum of $1,968.75 as fees under the Equal Access to Justice Act, to be paid within thirty days.  The parties shall confer concerning the issue of whether the fee agreement, attached as an exhibit to the motion, constitutes an effective assignment of this payment to plaintiff's attorney.  Absent an agreement or further order of the Court, the sum awarded shall be paid to the plaintiff.


                                               S/Algenon L. Marbley
                                               Algenon L. Marbley
                                               United States District Judge